USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1968 LLOYD MATTHEWS, Plaintiff, Appellant, v. PAUL RAKIEY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Katharine F. Zupan and Robins, Kaplan, Miller & Ciresi L.L.P. on __________________ ______________________________________ brief for appellant. Nancy Ankers White, Special Assistant Attorney General, and Joel __________________ ____ J. Berner, Counsel, Department of Correction, on brief for appellees. _________ ____________________ December 9, 1997 ____________________  Per Curiam. Upon careful review of the briefs and __________ record, we conclude that the district court did not abuse its discretion in denying plaintiff's 1993 or 1995 motions to amend his complaint. Even in light of plaintiff's prior pro se status and his various letters and motions in 1990-1991, we cannot say that the district court was required in 1990- 1991 to offer plaintiff any additional advice or to create any additional opportunity for plaintiff to amend his complaint.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-